**United States District Court**
For the Northern District of California

*E-Filed 5/26/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE CARNERO and MARTA C. CARNERO,

        Plaintiffs,

    v.

LUKE WEAVER, d/b/a WORLDWIDE SAVERS.COM HOME LOANS; WORLDWIDE SAVERS.COM HOME LOANS; NEW CENTURY MORTGAGE CORPORATION; FIDELITY NATIONAL TITLE COMPANY; HOMEQ SERVICE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; and TD SERVICE COMPANY,

        Defendants.
_____/

No. 5:09 CV 1995 RS

**ORDER SETTING CONSENT/DECLINATION DEADLINE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Defendants Barclays Capital Real Estate Inc., d/b/a HomeQ Servicing; and Deutsche Bank National Trust Company as Trustee Under Pooling and Servicing Agreement Dated as of February 1, 2007 Securitized Asset Back Receivables LLC Trust 2007-NC2 Mortgage Pass-Through Certificates, Series 2007-NC2, have filed a motion to dismiss, docket [5], in the captioned matter that is noticed for hearing on July 1, 2009 at 9:30 a.m.

Plaintiffs Jose Carnero and Marta C. Carnero, who are *pro se*, have also filed a matter entitled "Answers to Defendants' Notice of Removal[;] Motion to Remand and Request to Dismiss Notice of Removal of Action Based Upon Federal Question 28 U.S.C. [§§] 1441(a)(b), 1446 & 1331 for Santa Clara Superior Court Case No.: 109CV13726 (Hon. William J. Elfving)[;] Demand for Default Judgment," docket [8]. Plaintiffs have not noticed their motion for hearing.

It is hereby ordered that plaintiffs' motion shall be heard at the same time as defendants' motion to dismiss, on July 1, 2009 at 9:30 a.m.

All parties are directed to file their consents or declinations to magistrate jurisdiction no later than **June 5, 2009**.

IT IS SO ORDERED.

Dated:   5/26/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

2

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Eric D. Houser          ehouser@houser-law.com

Joshua Howard Abel      jabel@houser-law.com

AND A HARD COPY WAS PROVIDED VIA UNITED STATES MAIL TO:

Jose R. & Marta C. Carnero
1558 Minnesota Avenue 1/2
San Jose, CA 95125-4445
408-269-2954

Dated: 5/26/09

                                            /s/ Chambers Staff
                                          Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California