# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOSE R. CARNERO, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> LUKE WEAVER, et al., <br><br>        Defendants. | Case Number C 09-1995 JF (PVT) <br><br> ORDER DIRECTING THE CLERK TO RE-SERVE PLAINTIFFS WITH ORDER OF DECEMBER 18, 2009 |

On December 18, 2009, the Court issued an order granting Defendants' motions to dismiss the complaint. On January 27, 2010, Defendants filed a proposed judgment of dismissal, noting that Plaintiffs had not filed an amended pleading. On February 8, 2010, Plaintiffs filed opposition to the proposed judgment of dismissal, stating that they never received service of the Court's December 18 Order.

Because it is unclear from the docket whether Plaintiffs were served with the December 18 Order, the Clerk of the Court is directed to re-serve Plaintiffs with the December 18 Order

1  along with the instant order.  Plaintiffs shall have thirty (30) days from the date of service to

2  amend their pleading.

3          IT IS SO ORDERED.

4

5

6

7  Dated:  February 18, 2010

8

9                                                    _____
                                                     JEREMY FOGEL
10                                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-1995 JF (PVT)
ORDER DIRECTING THE CLERK TO RE-SERVE PLAINTIFFS WITH ORDER OF DECEMBER 18, 2009
(JFLC2)

1    Copies of Order served on:

2

3    Eric D. Houser     scleere@houser-law.com

4    Joshua Howard Abel     jabel@houser-law.com, chershey@houser-law.com

5    Lee P. Bardellini     cmcalice@bscb.com, storres@bscb.com

6    Jose R. Carnero
Marta C. Carnero
7    1558 Minnesota Avenue 1/2
San Jose, CA 95125-4445
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-1995 JF (PVT)
ORDER DIRECTING THE CLERK TO RE-SERVE PLAINTIFFS WITH ORDER OF DECEMBER 18, 2009
(JFLC2)