**E-Filed 2/18/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE R. CARNERO, et al., | Case Number C 09-1995 JF (PVT) |
| Plaintiffs, | ORDER DIRECTING THE CLERK TO RE-SERVE PLAINTIFFS WITH ORDER OF DECEMBER 18, 2009 |
| v. | |
| LUKE WEAVER, et al., | |
| Defendants. | |

On December 18, 2009, the Court issued an order granting Defendants' motions to dismiss the complaint. On January 27, 2010, Defendants filed a proposed judgment of dismissal, noting that Plaintiffs had not filed an amended pleading. On February 8, 2010, Plaintiffs filed opposition to the proposed judgment of dismissal, stating that they never received service of the Court's December 18 Order.

Because it is unclear from the docket whether Plaintiffs were served with the December 18 Order, the Clerk of the Court is directed to re-serve Plaintiffs with the December 18 Order

Case No. C 09-1995 JF (PVT)
ORDER DIRECTING THE CLERK TO RE-SERVE PLAINTIFFS WITH ORDER OF DECEMBER 18, 2009
(JFLC2)

1 | along with the instant order.  Plaintiffs shall have thirty (30) days from the date of service to
2 | amend their pleading.
3 |       IT IS SO ORDERED.

7 | Dated: February 18, 2010

                                                                   _____
                                                                   JEREMY FOGEL
                                                                   United States District Judge

Case No. C 09-1995 JF (PVT)
ORDER DIRECTING THE CLERK TO RE-SERVE PLAINTIFFS WITH ORDER OF DECEMBER 18, 2009
(JFLC2)

1  Copies of Order served on:

2

3  Eric D. Houser     scleere@houser-law.com

4  Joshua Howard Abel     jabel@houser-law.com, chershey@houser-law.com

5  Lee P. Bardellini     cmcalice@bscb.com, storres@bscb.com

6  Jose R. Carnero
   Marta C. Carnero
7  1558 Minnesota Avenue 1/2
   San Jose, CA 95125-4445

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-1995 JF (PVT)
ORDER DIRECTING THE CLERK TO RE-SERVE PLAINTIFFS WITH ORDER OF DECEMBER 18, 2009
(JFLC2)