IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ROBERTSON,<br><br>　　　　Plaintiff,<br>　v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | No. C 11-03896 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On September 6, 2011, defendant Chex Systems, Inc. filed a motion to dismiss plaintiff's pro se complaint. The motion is scheduled for a hearing on November 18, 2011. Pursuant to Civil Local Rule 7-3(a), plaintiff's opposition was due by September 20, 2011. Plaintiff has not yet filed an opposition, nor has he communicated in any way with the Court concerning these matters. In addition, defendant Experian Information Solutions, Inc. has filed a motion for judgment on the pleadings, set for hearing on December 2, 2011. Plaintiff's opposition to that motion was due on November 3, 2011. Here, too, plaintiff has neither filed an opposition nor contacted the Court in any way.

Plaintiff is **hereby ORDERED TO SHOW CAUSE in writing to be filed no later than November 18, 2011**, why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). Plaintiff is notified that an inadequate or untimely response will result in dismissal. The November 18, 2011 and December 2, 2011 hearings are hereby VACATED, and will be rescheduled if necessary.

**IT IS SO ORDERED.**

Dated: November 8, 2011

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge