IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. CARNERO and MARIA C. CARNERO,<br><br>        Plaintiffs,<br>  v.<br><br>LUKE WEAVER, dba WORLDWIDE-SAVERS.COM HOME LOANS, et al.,<br><br>        Defendants.<br>_____/ | No. C 09-1995 SI<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

Defendants Fidelity National Title Company, Barclays Capital Real Estate, Inc. and Deutsche National Trust Company have been dismissed from this action with prejudice. By order dated July 28, 2010, plaintiffs were ordered to show cause on or before August 16, 2010 why the remaining defendants in this action, none of whom has been served or appeared in the action, should not be dismissed without prejudice for failure to prosecute. No satisfactory response to the order to show cause has been received.

Accordingly, it is ordered that the claims against all remaining defendants are DISMISSED without prejudice for failure to prosecute, and the entire action is DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 9, 2011

SUSAN ILLSTON
United States District Judge