IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. CARNERO and MARIA C. CARNERO, <br><br> Plaintiffs, <br> v. <br> LUKE WEAVER, dba WORLDWIDE-SAVERS.COM HOME LOANS, et al., <br><br> Defendants. | No. C 09-1995 SI <br><br> **JUDGMENT** |

This action has been dismissed with prejudice as to defendants Fidelity National Title Company, Barclays Capital Real Estate, Inc. and Deutsche National Trust Company, and without prejudice as to all remaining defendants.

Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 9, 2011

SUSAN ILLSTON
United States District Judge